AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Damien Tylor Scearse | ) | Case No. |
| | ) | 6:26-MJ-6080-HAI |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 2026_____ in the county of _____Harlan_____ in the
_____Eastern_____ District of _____Kentucky_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC § 2251 | Production of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Kassandra McKenzie w.p.b. Hanly A. Ingram, USMJ
_____
*Complainant's signature*

Kassandra McKenzie, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____06/11/2026_____

_____
*Judge's signature*

City and state:   Lexington, Kentucky

Hanly A. Ingram, United States Magistrate Judge
*Printed name and title*