UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:26-CR-083-1-REW-HAI          At LONDON          Date: July 2, 2026

PRESENT: HON. HANLY A. INGRAM, U.S. MAGISTRATE JUDGE

| Joshua Powers | Audio File Number | Justin Blankenship | Brittney Crisp |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney | USPO |

I, Joshua Powers, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-26-CR-083-1-REW-HAI_20260702_123615.

DEFENDANT:                                    ATTORNEY FOR DEFENDANT:

Damien Tylor Scearce (Present)(Custody)          Gregory Ousley (Present)(CJA)

PROCEEDINGS:   DETENTION HEARING CONVERTED TO DOCKET CALL

This matter was called for detention hearing, with counsel and the defendant present as noted.

For the reasons as stated on the record, counsel for the defendant made an oral motion for a general continuance of the issue of detention.  The United States did not object.  The Court having heard counsel and being sufficiently advised;

**ORDERS** as follows:

1.    Good cause having been shown, the Defendant's oral motion for a general continuance is **GRANTED** and consideration of the issue of detention is deferred. Upon the filing of a motion by Defendant, the Court will promptly schedule a detention hearing.

Copies To:
USA, USP, USM

Clerk's Initials: jp

TIC: 01 min.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge