Eastern District of Kentucky
FILED
SEP 24 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. 6:26-CR-83-S-REW**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION OF UNITED STATES FOR ARRAIGNMENT**

**DAMIEN TYLOR SCEARSE** **DEFENDANT**

* * * * *

The United States moves for an arraignment because the grand jury has returned a Superseding Indictment against the Defendant, **DAMIEN TYLOR SCEARSE**.

Respectfully submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: ______________________

Justin E. Blankenship
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
Phone: (606) 330-4829
Fax: (606) 864-3590
Justin.blankenship2@usdoj.gov